GAIL E. STOCK
JAMESON & DUNAGAN, P.C.
5429 LBJ Freeway, Suite 700
Dallas, Texas  75240
(214) 369-6422 - phone
(214) 369-9175 - fax

Attorney for Creditor
CAR, LLC d/b/a CAPITAL ASSET RECOVERY, LLC, ASSIGNEE OF AUTOMAX

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. 18-44890-elm13 |
| SAMUEL BELL | § | |
| DORIS MARIE BELL | § | |
|    Debtors | § | Chapter 13 |
| | § | |
| CAR, LLC d/b/a CAPITAL ASSET | § | |
| RECOVERY, LLC, ASSIGNEE OF | § | |
| AUTOMAX | § | |
|    Creditor | § | |
| | § | |
| vs. | § | |
| | § | Hearing on Motion to Lift Stay: |
| SAMUEL BELL | § | |
| DORIS MARIE BELL | § | |
|    Debtors | § | May 15, 2019 at 9:30 am |

## NOTICE OF HEARING

The Preliminary Hearing on the Motion to Lift Automatic Stay filed in the above referenced bankruptcy has been set for May 15, 2019, at 9:30 o'clock  a.m. in the United States Bankruptcy Court, Fort Worth Division, 501 W. 10th Street, Room 204, Fort Worth, Texas 76102, the Honorable Judge Edward L. Morris presiding.

DATED this 18 day of April, 2019.

Respectfully submitted,

JAMESON AND DUNAGAN, P.C.

By:           /s/  GAIL E. STOCK
GAIL E. STOCK
Bar Card No.05102400
gstock@jdlawtx.com
DOUGLAS E. LATTANZIO
Bar Card No. 11984650
del@jdlawtx.com
5429 LBJ Freeway, Suite 700
Dallas, Texas  75240
(214) 369-6422 - phone
(214) 369-9175 - fax
Attorney(s) for Movant

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing has been forwarded by depositing same with the United States Postal Service via first class mail, address correction requested, postage prepaid, or via electronic mail on this 18 day of April, 2019, as follows:

Weldon Reed Allmand
Allmand Law Firm, PLLC
860 Airport Freeway, Suite 401
Hurst, Texas 76054

Samuel Bell
Doris Marie Bell
1704 Big Sur Drive, Apt 206
Arlington, Texas 76006

Pam Bassel
Chapter 13 Trustee
7001 Blvd 26, Suite 150
North Richland Hills, Texas 76180

William T. Neary
U.S. Trustee
1100 Commerce Street, Room 9C60
Dallas, Texas 75242

/s/  GAIL E. STOCK
GAIL E. STOCK